THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JASON P. GONZALEZ (California Bar No. 178768)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8957
     Facsimile:  (213) 894-0141
     Email:      jason.gonzalez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR No. 96-391-R |
|                                ) | |
|             Plaintiff,         ) | <u>ORDER REGARDING BRIEFING AND</u> |
|                                ) | <u>HEARING ON PETITION FOR WRIT OF</u> |
|        v.                      ) | <u>CORAM NOBIS AND MOTION TO VACATE</u> |
|                                ) | <u>JUDGMENT</u> |
| DANNY YASHAR,                  ) | |
|                                ) | Former hearing date:   1/5/09 |
|             Defendant.         ) | |
|                                ) | New hearing date:      2/9/09 |
|                                ) | Time:                  1:30 p.m. |
|                                ) | |

    The Court, having considered the parties' stipulation, and good cause appearing, hereby ORDERS as follows:

    1.   The hearing of defendant's petition and motion is continued from January 5, 2009, to February 9, 2009, at 1:30 p.m. Defendant is ordered to appear at that date and time.

///

///

///

1    2.   The government's opposition to defendant's petition and
2 motion is due on January 26, 2009, and defendant's optional reply
3 is due on February 2, 2009.
4
5    IT IS SO ORDERED.
6
7
<u>January 5, 2009</u>                      _____
8 DATE                                 THE HONORABLE MANUEL L. REAL
                                      United States District Judge